

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00768-CV

**IN THE INTEREST OF J.H.D.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-14326
Honorable David A. Canales, Judge Presiding

PER CURIAM

Sitting:  Luz Elena D. Chapa, Justice
     Irene Rios, Justice
     Beth Watkins, Justice

Delivered and Filed: December 4, 2019

DISMISSED FOR LACK OF JURISDICTION

Sara Elizabeth Tolleson timely appealed a final order in a suit affecting the parent-child relationship. Tolleson has now filed a "Notice of Nonsuit Without Prejudice," stating that the trial court granted her motion for new trial and to set aside the appealed order. Because there is no longer an appealable order, we construe the pleading as a motion to dismiss the appeal for lack of jurisdiction. We grant the motion and dismiss the appeal.

PER CURIAM